UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RUBIE A. HARRIS                                                                                           PLAINTIFF

V.                                                             CIVIL ACTION NO. 1:06cv527-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                            DEFENDANT

### ORDER

In accordance with an Order entered in *Chapoton v. State Farm*, No. 1:06cv471 (attached hereto), **IT IS ORDERED**:

The [42] Order of the United States Magistrate Judge granting Defendant's [36] Motion for Protective Order is **AFFIRMED**, and the [44] Plaintiff's Objections to Magistrate Judge's [43] Protective Order and Ruling on Plaintiff's Motion to Compel are **DENIED** under the standard of Fed. R. Civ. P. 72(a) inasmuch as Plaintiff has failed to establish that the Magistrate's order is clearly erroneous or contrary to law.

**SO ORDERED** this the 25th day of April, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE